FISK vs. TABOR.

ERROR to St. Louis Circuit Court.

The cause of action in this case is the same as that of Fisk vs. Collins. Collins was the drawer of the bill sued on, and Tabor the acceptor. The judgment here must be affirmed for the same reason.